FILED: September 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4963

(2:11-cr-00004-JPJ-PMS-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

CHRISTOPHER MOORE

        Defendant - Appellant

_____

O R D E R

_____

The court strictly enforces the time limits for filing petitions for rehearing and petitions for rehearing en banc in accordance with Local Rule 40(c). The petition in this case is denied as untimely.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk